IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY JOHNSON, et al.,

Plaintiffs,

v.

ELI LILLY & COMPANY, and
McKESSON CORPORATION,

Defendants.

No. C 06-02188 WHA

**NOTICE OF CASE
MANAGEMENT CONFERENCE**

The Court hereby **SETS** a case management conference for **THURSDAY, APRIL 27, 2006, AT 11:00 A.M.** The purpose of this conference is to discuss the status of this case as well as defendant's notice of related cases.

**IT IS SO ORDERED.**

Dated: April 10, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE